| | |
|---|---|
| 1 | CORINNE CHANDLER (SBN 111423) |
| 2 | E-mail: cchandler@kantorlaw.net<br>KANTOR & KANTOR, LLP |
| 3 | 19839 Nordhoff Street<br>Northridge, California 91324 |
| 4 | Tel: 818.886.2535 Fax: 818.340.6272<br>Attorneys for Plaintiff Tony Shorney |
| 5 | MELISSA M. COWAN (SBN 175326) |
| 6 | E-Mail: mcowan@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 7 | 444 South Flower Street, Suite 2400<br>Los Angeles, CA 90071-2953 |
| 8 | Tel: 213.236.0600 Fax: 213.236.2700<br>Attorneys for Defendant Hartford Life and |
| 9 | Accident Insurance Company |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TONY SHORNEY, | | Case No. CV11-5274 JSC |
| | Plaintiff, | **STIPULATION EXTENDING TIME FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** |
| v. | | |
| GROUP SHORT TERM DISABILITY PLAN FOR EMPLOYEES OF BARCLAYS GLOBAL INVESTORS, N.A., GROUP LONG TERM DISABILITY PLAN FOR EMPLOYEES OF BARCLAYS GOBLA INVESTORS, N.A. AND HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | | |
| | Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-4944-5133 v1 - 1 -

CASE NO. CV11-5274 JSC
STIP. FOR A 30 DAY EXT. OF TIME TO FILE RESPONSIVE PLEADING

1    Plaintiff Tony Shorney ("Shorney") and Defendant Hartford Life and
2    Accident Insurance Company ("Hartford) hereby stipulate, by and through counsel
3    of record, that Defendant Hartford shall have an additional 30 days, that is, until
4    and including December 29, 2011, within which to respond to Plaintiff's
5    Complaint, based on the following:

6

7    1.   Plaintiff Shorney caused the summons and complaint in this action to
8    be served on Hartford on November 8, 2011.  Defendant Hartford's response to the
9    Complaint is due within 21 days after service of the summons, which is November
10   29, 2011.

11

12   2.   Defendant Harford's counsel has requested a 30 day extension of time
13   within which to respond to the Complaint so that she can obtain her client's files
14   and prepare an appropriate response.  Plaintiff has agreed to that request.
15   / / /
16   / / /
17   / / /
18   / / /
19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-4944-5133 v1                     - 2 -                CASE NO.  CV11-5274 JSC
                                                         STIP. FOR A 30 DAY EXT. OF TIME TO
                                                            FILE RESPONSIVE PLEADING

3.  This extension will not alter any dates currently scheduled in this case.

IT IS SO STIPULATED.

Dated: November 11, 2011  KANTOR & KANTOR
Corinne Chandler

By: /s/ Corinne Chandler [as authorized on 11/10/11]
Corinne Chandler
Attorneys for Plaintiff Tony Shorney

Dated: November 11, 2011  BURKE, WILLIAMS & SORENSEN, LLP
Melissa M. Cowan

By: /s/ Melissa M. Cowan
Melissa M. Cowan
Attorneys for Defendant
Hartford Life and Accident
Insurance Company

Dated: 11/14/2011

**GRANTED**
[Signature]
Judge Jacqueline Scott Corley
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4844-4944-5133 v1  - 3 -  CASE NO. CV11-5274 JSC
STIP. FOR A 30 DAY EXT. OF TIME TO
FILE RESPONSIVE PLEADING