**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**December 29, 2011**

CASE NUMBER:  CV 11-05274 JSC
CASE TITLE:  TONY SHORNEY-v-GROUP SHORT TERM DISABILITY

<u>REASSIGNMENT ORDER</u>

    GOOD CAUSE APPEARING THEREFOR,

    IT IS ORDERED that this case is reassigned to the **Oakland** division.

**Honorable Saundra B. Armstrong** for all further proceedings.

    Counsel are instructed that all future filings shall bear the initials **SBA** immediately after the case number.

    ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/29/11

FOR THE EXECUTIVE COMMITTEE:

_____
                          Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies           Special Projects
Log Book Noted                        Entered in Computer 12/29/11 ha

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA